**ROBERT WOLLNER**
P. O. Box 1165
Wellton, AZ  85356
Telephone 928 366-2210

FILED ___ LODGED
RECEIVED ___ COPY

JAN 0 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

ROBERT WOLLNER,           Plaintiff
       vs.
                          Defendants
Five Rivers Cattle Feeding, LLC
34673 E. County 9th Street
Wellton, AZ 85356
928 785-3384 - 520 585-6936

JBS Foods USA
1770 Promontory Circle
Greeley, CO 80634

McElhaney Cattle Company
Five Rivers Cattle Feeding, LLC
4848 Thompson Parkway, Suite 410
Johnstown CO 80534-6511
833 450-1889   520 785-3384

     Statutory Agents
Corporation Service Company
1900 W. Littleton Boulevard
Littleton, CO 80120

Corporation Service Company
8825 N. 23rd Avenue, Suite 100
Phoenix, AZ 85021

**Civil Action No.**

CV23-00009-PHX-JZB

**COMPLAINT**

Page 1

# United States District Court

## JURISDICTION

The United States District Court, District of Arizona, is the proper jurisdiction for litigating this matter. The court has jurisdiction and the claim needs no new grounds of jurisdiction to support it.

## A Complaint Filed By A Pro Se Plaintiff

A complaint filed by a pro se plaintiff must be held to less stringent standards than pleadings drafted by lawyers.

## Filings in the United States District Court

Filings in the United States District C-ourt must comply with matters that pertain to federal issues. Matters that do not pertain to federal issues are filed in the lower courts. Federal courts have limited jurisdiction.

## The Complaint

This complaint is being filed in the United States District Court, and not the lower courts, because the matter consists of allegations against the defendants for violations of United States Codes and

Regulations. These violations are causing harm, injury and detriment to the plaintiff.

The Five Rivers Cattle Feeding facility is a stockyard with 300,000 or more cows (Cattle) located one mile east of the Arizona town of Wellton on Los Angles Ave.. It states on the Internet that the Five Rivers Cattle Feeding facility is the largest Cattle stockyard in the world. The Five Rivers Cattle Feeding facility is owned by JBS Foods USA. Headquarters - 1770 Promontory Circle, Greeley, CO 80634.

The Cattle Feeding facility emits massive amounts of obnoxious and unpleasant odors that are penetrating our neighborhoods in the town of Wellton, Arizona on a regular basis.

The town of Wellton is down wind from the Cattle Feeding facility and the wind blows regularly picking up the rancid, repugnant, nasty smells from the massive cow population and blows it into the town of Wellton. The neighborhoods, businesses and entire town gets filled with the smell which often times lingers. The smell gets into the homes and smells up the inside of the homes. There is no way to get rid of it.

The problem is that the wind blows the smells from the cattle feeding operation into the town of Wellton. The smell covers the entire

area and gets inside the homes. The air becomes polluted and concentrated with the rancid smell. The Cattle Feeding facility is only one mile from the town of Wellton.

The issue continues daily regarding the massive numbers of cattle at the location that produce extreme, excessive, extravagant odors that are unpleasant, offensive and displeasing.

A past example. When driving down the highway with the window open the passenger in the car says, what is that smell. The driver says, close the windows it smells offal. Drive faster the passenger says so we can get past it. The driver says, that stinks like hell, what is it dead people. They come across the massive cattle feeding facility. That`s it. It is the cattle stinking up the entire highway.

These cattle feeding stockyards create a massive unpleasant smell. The law should require that they be located far from any populated area or anywhere human beings are located. In the middle of nowhere.

The Five Rivers Cattle Feeding is stinking up the entire town of Wellton, Arizona and we demand this Court to order them to move their facility to another location far away from human populations or make an effort to stop the smell from reaching the town of Wellton. The town of Wellton has about 3000 people. The management of the cattle

feeding facility is going to ignore the situation as long as they can get away with it, but their time is running out.

# FROM THE INTERNET

### A community chokes on odors from cattle feedlots

A sizable body of research indicates that living in close proximity to concentrated animal feeding operations (CAFOs), including feedlots, can cause or exacerbate health problems. These are all well known, well understood pollutants, says Dr. Anne Epstein, a physician who previously chaired the Board of Health.

### Odors From Livestock Operations

Most objectionable odors from livestock are the result of volatile compounds generated during the decomposition of manure. More than 200 of these odor generating compounds have been identified. The wide range of odorous compounds from manure adds to the complexity of odor control solutions.

### Ammonia Emission from Animal Feeding Operations

Ammonia ($NHv(3)$) from livestock waist activities has become a public concern as it impacts health, can cause acidity of the natural environment, algae to grow and formation of small particles in the air (NRC, 2003). It is a colorless gas and has a sharp, pungent odor that people can smell.

### Contamination from Animal Feeding Operations

What is in waste from animal feeding operations? Animal waste (manure) from animal feeding operations can contaminate the air environment. Animal waste from animal feeding operations may contain: Pathogens such as E. coli; Hormones; Antibiotics; Chemicals such as nitrates, phosphorus, and ammonia.

### The Shame of Concentrated Animal Feedlots

Reason Why CAFOs Are Bad. They Are Inhumane. CAFOs are animal factories. Hundreds of thousands of livestock are in tight quarters where movement is restricted. Based on the EPA report, inventories of beef cattle remain the largest contributor of emissions.

### THE EFFECTS OF BREATHING CONTAMINATED AIR

The Effects Of Breathing Polluted Air | Bit Rebels

Breathing polluted air from concentrated animal feeding operations (CAFOs), including feedlots, has resulted in a myriad of health complications. Research shows that air pollution from industrial fumes, dust, feedlots, etc. can cause serious health complications.

## WHAT ARE THE EFFECTS OF BREATHING CONTAMINATED AIR

### The effects of air pollution on your lungs?

The effects of air pollution are complex - it will impact people's health. It can make existing illnesses worse. early deaths : The 36,000 figure refers to the number of people dying earlier than they should from a condition that air pollution contributes to, including lung disease, heart disease and so forth.

Air pollution also can be invisible and odorless. It can cause lung damage, cancer or other serious health problems in people who may not realize the possible danger of the unseen gases or particles in the air. It can result in migraine, headache, nausea and breathing difficulty.

## FEDERAL LAWS REGARDING PUBLIC HEALTH AND WELFARE

# AIR POLLUTION PREVENTION AND CONTROL

42 U.S.C.
United States Code, 2013 Edition
Title 42 - THE PUBLIC HEALTH AND WELFARE
CHAPTER 85 - AIR POLLUTION PREVENTION AND CONTROL
SUBCHAPTER I - PROGRAMS AND ACTIVITIES
Part A - Air Quality and Emission Limitations
Sec. 7412 - Hazardous air pollutants
From the U.S. Government Publishing Office

## Civil judicial enforcement

In the case of the owner or operator of a major emitting facility, or a major stationary source, any other person may commence a civil action for a permanent or temporary injunction, or to assess and recover a civil penalty of not more than $25,000 per day for each violation.

Any action may be brought in the district court of the United States for the district in which the violation is alleged to have occurred, or is occurring, and such court shall have jurisdiction to restrain such violation, to require compliance, to assess such civil penalty and to award any other appropriate relief.

# §7412. Hazardous air pollutants
## (a) Definitions
### (1) Major source

The term "major source" means any stationary source or group of stationary sources located within a contiguous area and under common control that emits or has the potential to emit any hazardous or disruptive air pollutant or any combination of hazardous or disruptive air pollutants, or any other characteristics of the air pllutant, or other relevant factors.

### Area source

The term "area source" means any stationary source of hazardous air pollutants.

### Adverse environmental effect

The term "adverse environmental effect" means any significant and widespread adverse effect, which may reasonably be anticipated, to wildlife, aquatic life, or other natural resources, including adverse impacts on human populations and significant degradation of environmental air quality over broad areas.

**Owner or operator**

The term "owner or operator" means any person who owns, leases, operates, controls, or supervises a stationary source.

**Existing source**

The term "existing source" means any stationary source other than a new source.

# Definitions

Any pollutants which present, or may present, through inhalation or other routes of exposure, a threat of adverse human health effects or effects to human health, the environment or emissions and air pollutants that effect urban areas are subject to under this section.

Air Quality and Emission Limitations (CAA § 101-131; USC § 7401-7431 )

(2) Standards and methods

Emissions standards promulgated under this subsection and applicable to new or existing sources of hazardous and air pollutants shall require the maximum degree of reduction in emissions of the air

pollutants, to reduce the health and environmental impacts, through application of measures, processes, methods, systems or techniques.

(A) reduce the volume of, or eliminate emissions of, such pollutants through process changes, substitution of materials or other modifications,

(B) enclose systems or processes to eliminate emissions,

(C) collect, capture or treat such pollutants when released from a process, stack, storage or fugitive emissions point.

§ 10.48.120. Emission of Obnoxious Odors

It shall be unlawful to emit dangerous, unwholesome, nauseous or offensive odors, gases or fumes arising from or incidental to any business or uses of property where such odors, gases or fumes are allowed to escape in the open air in such amounts as to be at any time detrimental to the health of any individuals or the public or that is noticeable, discomforting or disagreeable.

The majority of odor problems (as judged by citizen complaints) are attributable to a relatively small number of source categories (such as agricultural and livestock operations.

<u>Noxious odors Definition | Law Insider</u>

Noxious odors - any negligent use of property, or substance that causes the emitting of foul, offensive, noxious or disagreeable odor, or stenches extremely repulsive to the physical senses of ordinary persons or a neighborhood as a whole.

<u>Rules and Regulations</u>

Creation of obnoxious odors, noxious gases, smoke or fumes prohibited. No person shall create, or permit any obnoxious odors, noxious gases, smoke or fumes.

## **PUTATIVE DAMAGES**

Putative damages laws allow consumers to sue for actual damages, plaintiff legal fees, and punitive damages in instances where the business practices were willful, illegal or done in bad faith.

PUNITIVE DAMAGES. Punitive damages, or exemplary damages, are damages assessed in order to punish the defendant for outrageous conduct and/or to reform or deter the defendant and others from engaging in conduct similar to that which formed the basis of the lawsuit. Punitive damages are typically awarded at

the court's discretion when the defendant's behavior is found to be harmful or abusive.

If the Court determines that punitive damages are allowed the plaintiff will consult with legal professional to discover a fair amount.

Plaintiff is asking the Court for the following relief:

Putative Damages if allowed.

A permanent or temporary injunction requiring the defendant to better contain the obnoxious odors and noxious gases within their business facility and to prevent such obnoxious odors and noxious gases from reaching the town of Wellton so that the neighborhoods, homes and businesses will not have to suffer with the unpleasant and unhealthy odors from the massive animal excretions, gases and fumes arising from their massive cattle population.

If no solution is found to contain the odors, reduce the odors, or prevent the odors from reaching the town of Wellton, a Court Order will be sought compelling the owners to move their cattle feeding stockyard to a location far away from human populations.

All costs pertaining to fling this lawsuit.

Dated this 30th day of December, 2022.

SIGNATURE OF PLAINTIFF  _____