# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Wollner,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Five Rivers Cattle Feeding LLC, et al.,<br><br>　　　　Defendants. | No. CV-23-00009-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation to Dismiss With Prejudice, made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 25).

　　　　Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

　　　　**IT IS HEREBY ORDERED approving** the Stipulation. (Doc. 25).

　　　　**IT IS FURTHER ORDERED dismissing with prejudice** this matter, with each party to bear their own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate this case.

　　　　Dated this 18th day of April, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge